# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **HOUSTON KYLE CASS,**  Plaintiff,  v.  **GEORGIA POWER COMPANY,**  Defendant. | CIVIL ACTION NO.  5:22-CV-00102-TES |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff in the above-captioned action, by and through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby dismisses this action WITHOUT PREJUDICE.

Respectfully submitted, this 16th day of November, 2022.

| **STACEY EVANS LAW** | **ADAMS LAW FIRM** |
|---|---|
| */s/ Stacey Godfrey Evans*  Stacey Godfrey Evans  Georgia Bar No. 298555  Tiffany N. Watkins  Georgia Bar No. 228805  John Amble Johnson  Georgia Bar No. 229112  4200 Northside Parkway, NW  Bldg. One; Suite 200  Atlanta, GA 30327  Telephone: 770-779-9602  Facsimile: 404-393-2828  sevans@staceyevanslaw.com  twatkins@staceyevanslaw.com  ajohnson@staceyevanslaw.com | */s/ Brian P. Adams*  Brian P. Adams  Georgia Bar No. 142474  Mary Beth Hand  Georgia Bar No. 322836  598 D.T. Walton Sr. Way  Macon, GA 31201  Telephone: 478-238-0231  Facsimile: 478-216-9188  brian@brianadamslaw.com  mbhand@brianadamslaw.com |

**CONLEY GRIGGS PARTIN LLP**

*/s/ Cale H. Conley*
Cale H. Conley
Georgia Bar No. 181080
James T. Cox
Georgia Bar No. 296191

4200 Northside Parkway, N.W.
Building One, Suite 300
Atlanta, Georgia 30327-3007
Phone: 404-467-1155
Fax: 404-467-1166
cale@conleygriggs.com
james@conleygriggs.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** will be served upon all attorneys in this matter via email or by filing with the Court's CM/ECF system, which will automatically e-mail notification of such filing to:

| | |
|---|---|
| Sara M. Warren, Esq.<br>sara.warren@alston.com<br>Meaghan G. Boyd, Esq.<br>meaghan.boyd@alston.com<br>Douglas S. Arnold, Esq.<br>doug.arnold@alston.com<br>Jenny A. Hergenrother, Esq.<br>jenny.hergenrother@alston.com<br>Lee Ann Anand, Esq.<br>leeann.anand@alston.com<br>ALSTON & BIRD, LLP<br>*Attorneys for Defendant Georgia Power Company* | Duke R. Groover, Esq.<br>dgroover@jamesbatesllp.com<br>JAMES-BATES-BRANNAN-GROOVER-LLP<br>*Attorneys for Defendant Georgia Power Company* |
| Richard Robbins, Esq.<br>rrobbins@robbinsfirm.com<br>Josh Belinfante, Esq.<br>jbelinfante@robbinsfirm.com<br>ROBBINS ROSS ALLOY BELINFANTE LITTLEFIELD LLC<br>*Attorneys for Defendant Georgia Power Company* | |

This 16th day of November, 2022.

**STACEY EVANS LAW**

*/s/ Stacey Godfrey Evans*
Stacey Godfrey Evans
Georgia Bar No. 298555

4200 Northside Parkway, NW
Bldg. One; Suite 200
Atlanta, GA 30327
Telephone: 770-779-9602
Facsimile:  404-393-2828
sevans@staceyevanslaw.com